**DENIED**
BY ORDER OF THE COURT
Dated: 10/24/2022

*Mark C. Scarsi*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YZ PRODUCTIONS, Inc., a California corporation<br><br>    Plaintiff,<br><br>v.<br><br>SPREADSHIRT, INC., a Delaware corporation<br><br>    Defendants. | Case No.: 2:22-cv-04293-MCS-PVC<br><br>**[PROPOSED] ORDER RE: STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: July 23, 2022<br>Current Response Date: October 21, 2022<br>New Response Date: November 4, 2022<br><br>Complaint Filed: June 23, 2022<br>Trial Date: None set |

1 | Based on the parties' STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3), the Court hereby orders that Defendant Spreadshirt, Inc., shall have until November 4, 2022, to move, answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED:**

DATED: _____

**DENIED**
BY ORDER OF THE COURT
_____
Mark C. Scarsi
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1                                    2:22-cv-04293-MCS-PVC
[PROPOSED] ORDER RE: STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)