1 | Matthew Swanlund (SBN 204542)
2 | *matthew@aestheticlegal.com*
  | AESTHETIC LEGAL, A.P.L.C.
3 | 8055 W Manchester Ave, Suite 310
4 | Playa del Rey, CA 90293
  | Telephone: (310) 301-4545
5 |
6 | Attorney for Plaintiff
  | YZ Productions, Inc.
7 |
8 |
9 | Christopher Frost, Esq. (SBN 200336)
  | WEINBERG GONSER FROST LLP
10 | 10866 Wilshire Blvd., Suite 1650
   | Los Angeles, CA 90024
11 | Direct: (424) 239-2850
12 | chris@wgfcounsel.com
13 | Attorney for Defendant
14 | Spreadshirt, Inc.

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| YZ PRODUCTIONS, INC., a California corporation, | Case No.: 2:22-cv-04293-MCS-PVC |
|---|---|
| Plaintiff, | Hon. Mark C. Scarsi |
| v. | **STIPULATION OF DISMISSAL** |
| SPREADSHIRT, INC., a Delaware corporation, | |
| Defendant. | |

1

Case No.: 2:22-cv-04293-MCS-PVC

STIPULATION OF DISMISSAL

Plaintiff YZ Productions, Inc. ("Plaintiff") and Defendant Spreadshirt, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective undersigned attorneys, hereby enter into this Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and agree as follows:

A.   This action is to be dismissed without prejudice as to all claims and causes of action against Defendant, with each party bearing that party's own attorneys' fees and costs.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, that this action is to be dismissed without prejudice as to all claims and causes of action against Defendant, with each party bearing that party's own attorneys' fees and costs.

**IT IS SO STIPULATED**.

Dated:  October 27, 2022          **AESTHETIC LEGAL, A.P.L.C.**

                                  By:   */s/ Matthew Swanlund*
                                        Matthew Swanlund

                                  *Attorney for Plaintiff*
                                  YZ Productions, Inc.

Dated:  October 27, 2022          **WEINBERG GONSER FROST LLP**

                                  By:   */s/ Christopher Frost*
                                        Christopher Frost

                                  *Attorney for Defendant*
                                  SPREADSHIRT, INC.

**L.R. 5-4.3.4(a)(2)(i) ATTESTATION**

I, Matthew Swanlund, attest that the other signatory listed, Christopher Frost, on whose behalf the Stipulation is submitted, concurs in the Stipulation's content and has authorized its filing.

*/s/ Matthew Swanlund*
Matthew Swanlund